Gary M. Klinger (admitted pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Fax: (865) 522-0049
Email: gklinger@milberg.com

William B. Federman (admitted pro hac vice)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com
*Interim Co-Lead Counsel for Plaintiffs*

Charles H. Thronson, USB 3260
**PARSONS BEHLE & LATIMER**
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
CThronson@parsonsbehle.com

*Interim Liaison Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SHANE WHITE; AHMED AMER; JOEL THORNTON; PATRICIA A. DEAN;** and **JAMES BRUNO**, individually and on behalf of all others similarly situated<br>　　　Plaintiffs,<br>v.<br><br>**MEDICAL REVIEW INSTITUTE OF AMERICA, LLC,**<br><br>Defendant. | Case No. 2:22-cv-00082<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

This matter comes before the Court on the Parties Stipulation for Extension of Time to File

1

Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. The Court being fully advised and for good cause shown, the Stipulation is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

Plaintiffs shall file their motion for preliminary approval on or before March 3, 2023.

**IT IS SO ORDERED:**

DATED:   February 21, 2023

HONORABLE DALE A. KIMBALL
UNITED STATES DISTRICT JUDGE